No. 531. FIALER'S LIMOUSINES, INC. ET AL. v. PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. Allan P. Matthew and Walker W. Lowry for Fialer's Limousines, Inc., and Douglas Brookman for Airline Ground Transportation Association, Inc., petitioners. Everett C. McKeage and Halsey L. Rixford for respondents. Dion Holm, for the City and County of San Francisco et al., and Reginald L. Vaughan, for Barrett Garages, Inc., filed a brief in opposition to the petition.

No. 520. LARDNER v. TWENTIETH CENTURY-FOX FILM CORP. C. A. 9th Cir. Certiorari denied. MR. JUSTICE CLARK took no part in the consideration or decision of this application. Robert W. Kenny for petitioner. Irving M. Walker for respondent.

No. 158, Misc. DOWNS v. CALIFORNIA. District Court of Appeal of California, Third Appellate District. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. Petitioner pro se. Edmund G. Brown, Attorney General of California, and Doris H. Maier, Deputy Attorney General, for respondent.

No. 204, Misc. IN RE HEILMAN. Supreme Court of Kansas. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application. Emmet A. Blaes for petitioner. John Berglund for respondents.